UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MICHELLE PALMORE**                                       **CIVIL ACTION**
**on behalf of I.P.**

**VERSUS**                                                  **NO. 14-1257-CJB-SS**

**CAROLYN COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation (Rec. Doc. 18), and plaintiff's objections thereto (Rec.

Doc. 19), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as

its opinion.  Accordingly,

IT IS ORDERED that:  (1) the cross-motion of the defendant, Carolyn W. Colvin, Acting

Commissioner of Social Security Administration ("Commissioner"), for summary judgment

(Rec. doc. 17) is GRANTED; and (2) the motion of the plaintiff, Michelle Palmore o/b/o I.P., for

summary judgment (Rec. doc. 15) is DENIED.

New Orleans, Louisiana, this 5th day of May, 2015.

_____
**United States District Judge**